PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
       6401 Security Blvd.
       Baltimore, Maryland
       Telephone: (510) 970-4819
       Facsimile: (415) 744-0134
       E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL MADISON,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:24-cv-00923-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION FOR THE FILING OF THE CERTIFIED ADMINISTRATIVE RECORD |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the due date for the filing of the certified administrative record be extended from May 23, 2024, to July 22, 2024.

    Defendant's counsel was advised by the Office of Appellate Operations (OAO), the component responsible for preparing certified administrative records (CARs), that the record in this case is an "extensive paper CAR" composed of a five separate records, resulting in additional effort to prepare the CAR. As a result, Defendant respectfully seeks additional time to prepare, finalize and review the CAR for filing.

Respectfully submitted,

Dated: May 21, 2024            /s/  Geralyn Gulseth for Jesse Kaplan*
                               JESSE KAPLAN
                               Attorney for Plaintiff
                               (*signature authorized via e-mail 5/21/2024)

Dated:  May 21, 2024           PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation, Office 7
                               Social Security Administration

                        By:    /s/  Geralyn Gulseth
                               GERALYN GULSETH
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the due date for Defendant's filing of the Certified Administrative Record shall be extended to July 22, 2024.

Dated:  May 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE