PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL MADISON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00923-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE CERTIFIED ADMINISTRATIVE RECORD** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of 60 days file the certified administrative record in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's deadline to file the certified administrative record is July 22, 2024. Defendant previously received one extension of this deadline.

2. This case has an unusually complicated and extensive procedural history involving multiple ALJ decisions. It also arises out of a paper administrative record, which requires the Commissioner to physically collect and compile documents for this case. In attempting to prepare the certified administrative record, the agency's Office of Appellate Operations identified issues such that the record should be reconstructed, and the parties began discussing potential settlement.

3. The parties have been actively engaged in settlement negotiations. Counsel for the Commissioner is in the process of investigating several issues that are necessary to evaluate Plaintiff's complaints. Because of the complicated nature of the case and the difficulty in gathering information because of the paper file, Counsel for the Commissioner's investigation is expected to require more time than is typical in a Social Security case. Counsel for the Commissioner believes that this extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this extension would conserve judicial time and resources should the Parties be able to resolve this matter.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

5. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 20, 2024, to file the certified administrative record.

Date: *July 23, 2024*                                    JESSE S. KAPLAN, ATTORNEY AT LAW

           By: */s/ Jesse S. Kaplan*\*
              JESSE S. KAPLAN
              *\*Authorized by email on July 23, 2024*
              Attorneys for Plaintiff

Date: *July 23, 2024*  PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:  */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  July 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE