PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: 510-970-4810
     Facsimile: 415-744-0134
     Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL MADISON, | Civil No. 2:24-cv-00923-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR VOLUNTARY REMAND** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to further develop the record pertaining to work activity, including consideration of the relevant factors set forth in 20 C.F.R. §§ 404.1573, 416.973, 404.1574(a), 416.974(a), and impairment related work expenses pursuant to 20 C.F.R. §§ 404.1576, 416.976; address any conflicting prior hearing decisions, including the December 27, 1983 and March 14, 2011 decisions; reconcile the exhibit list with evidence in the record; continue through the sequential evaluation process, as necessary; offer the claimant the opportunity for a hearing; remand for consideration by a different Administrative Law Judge; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of the Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

////
////
////
////
////
////
////
////
////
////
////
////
////
////

Date: _September 17, 2024_                    JESSE S. KAPLAN, ATTORNEY AT LAW

                                  By:    _/s/ Jesse S. Kaplan*_
                                         JESSE S. KAPLAN
                                         *Authorized by email on September 17, 2024*
                                         Attorneys for Plaintiff

Date: _September 17, 2024_                    PHILIP A. TALBERT
                                         United States Attorney
                                         Eastern District of California

                                  By:    _/s/ Caspar Chan_
                                         CASPAR CHAN
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  September 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE